(121 So. 9)

**Jim BYERS v. STATE.   (7 Div. 879.)**

Supreme Court of Alabama.   March 21, 1929.

Frank B. Embry, of Pell City, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J.   Petition of Jim Byers for certiorari to the Court of Appeals to review and revise the judgment and decision of the Court of Appeals in Byers v. State, 121 So. 8.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.